**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Amelia Flury v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11586-DRH |
| *Margaret Halladay v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12665-DRH |
| *Tara Hightower v. Bayer Corporation, et al.* | No. 13-cv-10598-DRH |
| *Vondia Hill v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10097-DRH |
| *Amy Moore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12307-DRH |
| *Morgan Mosbey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13393-DRH |
| *Janice Rama v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11493-DRH |
| *Linda Santos v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13361-DRH |
| *Lauren Smoot v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11151-DRH |
| *Sarah Stangel v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13360-DRH |
| *Sahily Suarez v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10424-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 18, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.06.19
15:21:39 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

2